IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TPA-CKY JOINT VENTURE,

    Petitioner,                    MISC. NO. S- 08-0028 MCE GGH

    vs.

BLOMBERG & GRIFFIN
ACCOUNTANCY CORPORATION,

    Respondent.                  ORDER
_____/

        Previously pending on this court's law and motion calendar for May 1, 2008, was petitioner's motion to compel production of documents from nonparty witness Blomberg & Griffin. Neither party appeared. This matter had been continued from the April 24, 2008 calendar on the afternoon of April 23rd, after the court had expended resources in working up the motion. The reason for the continuance as related by petitioner's counsel through a phone call to the courtroom clerk of the undersigned was because Blomberg had just produced documents in response to the subpoena. Petitioner's counsel continued the matter for one week in order to have time to review the production. Petitioner's counsel did not vacate the matter or withdraw its motion for sanctions. In any event, the court has wasted enough time on this matter.

\\\\\

1     Accordingly, IT IS ORDERED that petitioner's motion to compel, filed February 14, 2008, is vacated. The Clerk of the Court is directed to close this case.

DATED: 05/02/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:TPA-CKY28.vac.wpd